(101 So. 814)

## STATE v. JONES. (7 Div. 81.)

(Court of Appeals of Alabama. Nov. 5, 1924.)

1. **Habeas corpus** ⬅47(1)—**Petition for writ held properly addressed to judge of probate.**

One indicted for murder, and arrested and committed to a county jail, properly addressed a petition for writ of habeas corpus to judge of probate of that county, in view of Code 1923, § 4310.

2. **Habeas corpus** ⬅110—**Probate judge held to have jurisdiction to make order admitting petitioner to bail.**

Where probate judge on hearing of a petition for writ of habeas corpus properly addressed to him, under Code 1923, § 4310, by one charged with murder, determined that petitioner was charged with a public offense which was bailable, his order fixing bail was properly made, in view of section 4329.

Appeal from Probate Court, De Kalb County; G. L. Malone, Judge.

Petition of Boss Jones, alias W. J. Jones, Jr., for habeas corpus. From an order or judgment admitting the petitioner to bail, the State appeals. Affirmed.

Harwell G. Davis, Atty. Gen., for the State.

Brief of counsel did not reach the Reporter.

Isbell & Scott, of Fort Payne, for appellee.

The probate judge had jurisdiction of the petition. State ex rel. v. Lowe, 204 Ala. 288, 85 So. 707; Ex parte State ex rel. Smith, 205 Ala. 11, 87 So. 594; Keeling v. State, 50 Ala. 474.

SAMFORD, J. [1, 2] The one question presented by this record is as to the jurisdiction of the judge of probate to make an order admitting petitioner to bail. Petitioner was indicted by the grand jury of De Kalb county on a charge of murder in the first degree, and upon being arrested was committed to the jail of De Kalb county without bail. He brings this petition before Hon. G. L. Malone, judge of probate of De Kalb county, who upon hearing the petition granted the petitioner bail in the sum of $1,000.

The petition was properly addressed to the judge of probate of De Kalb county, who in such cases, as alleged in the petition, has the same jurisdiction as the circuit judge. Code 1923, § 4310; Ex parte Keeling, 50 Ala. 474. Having determined that petitioner was charged with a public offense which was bailable, order fixing bail was properly made. Code 1923, § 4329.

Let the judgment be affirmed.

Affirmed.